435 A.2d 1324

Commonwealth v. Jaszczak, Appellant.

Petition for Allowance of Appeal Denied Nov. 6, 1981.

Submitted September 11, 1980. Arthur J. King, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.